O. W. Aldrich, for demurrer.

Huggins & Sowers, *contra*.

---

[Cuyahoga Circuit Court, January Term, 1891.]                    **419**

FREDERICK FUNK v. JOSEPH AMOR.

**For** opinion in this case see 2 Ohio Circ. Dec., 541.

---

[Cuyahoga Circuit Court, February Term, 1885.]                    **423**

ISAAC LEISY & CO. v. JACOB ZUELLIG.

**For** opinion in this case see 6 Ohio Circ. Dec., 175.